**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 04-B-2080 (MJW)

MICHAEL G. LACY,

Plaintiff,

v.

REGIS UNIVERSITY,

Defendant.

---

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

The parties move jointly to dismiss the complaint and this action with prejudice, each party to bear his or its own costs and attorneys' fees.

Dated: June 27, 2005.

TRUHLAR and TRUHLAR, L.L.P.

/s/ Robert J. Truhlar
Robert J. Truhlar
7340 E. Caley Ave. Suite 310
Centennial, CO 80111
(303)794-2404
(303) 794-1142
roberttruhlar@att.net

Attorney for the Plaintiff

OTTEN, JOHNSON, ROBINSON, NEFF & RAGONETTI, P.C.

/s/ P. Kathleen Lower
P. Kathleen Lower
950 17th Street, Suite 1600
Denver, CO 80202

(303) 825-8400
(303) 825-6525
plower@ottenjohnson.com

Attorney for Defendant

**CERTIFICATE OF MAILING**

I hereby certify that on the 27th day of June, 2005, I mailed a true and accurate copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**, addressed to the following:

Michael Lacy
P.O. Box 282
Ocean Grove, New Jersey 07756

Regis University
c/o Stanley Ereckson, Jr.
General Counsel
Mail Code B-4
3333 Regis Boulevard
Denver, CO 80221

/s/ Patricia L. Creswell