**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  04-cv-02080-LTB-MJW

MICHAEL G. LACY,
        Plaintiff,

v.

REGIS UNIVERSITY,
        Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Stipulation for Dismissal With Prejudice (filed June 27, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                    BY THE COURT:

                                               s/Lewis T. Babcock
                                               Lewis T. Babcock, Chief Judge

DATED: June 27, 2005